United States District Court
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 19 2008

JAMES N. HATTEN, CLERK
By: [signature] Deputy Clerk

Jonathan Lee Riches,
Plaintiff

1:08-CV-0560 WBH

V.

Jeb Hensarling, Gary Bauer, FCI Williamsburg,
Defendants

HABEAS Corpus Relief under 28 USC 2241. Denial of proper Education. Plaintiff is not provided Education at FCI Williamsburg for treatment along with mental health treatment by defendants, Teachers at FCI Williamsburg. I'm being denied educational and vocational programs. The Education department is not open on Friday night, Sat night, or Sundays depriving Plaintiff basic needs for rehabilitation. Plaintiff seeks Proper Education at FCI Williamsburg.

[signature]